1  THOMAS P. QUINN, JR. (SBN 132268)
   NOKES & QUINN
2  410 Broadway, Suite 200
3  Laguna Beach, CA 92651
   Tel: (949) 376-3500
4  Fax: (949) 376-3070
   Email: tquinn@nokesquinn.com
5
6  Attorney for Defendant EQUIFAX, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| MELVYN LIBMAN, <br><br> Plaintiff, <br><br> vs. <br><br> EQUIFAX INC., et al., <br><br> Defendants. | Case No.: **2:18-CV-01708-KJM-AC** <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> Current Response date: July 6, 2018 <br> New Response Date: August 6, 2018 |

Plaintiff MELVYN LIBMAN ("Plaintiff") and Defendant EQUIFAX INC. ("Defendant"), hereby stipulate as follows:

1. Plaintiff served Defendant on June 15, 2018.

2. Defendant's initial deadline to respond to the Complaint was July 6, 2018.

3. Plaintiff and Defendant agree to extend the time 30 days for Defendant to respond to the Complaint up to and including August 6, 2018, so that Defendant will have additional time to investigate this matter and the parties can explore the possibility of settlement.

- 1 –

STIPULATION TO EXTEND TIME TO RESPOND
TO COMPLAINT

1   This change in response deadline will not alter the date of any event or any deadline
2   already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

    Respectfully submitted July 9, 2018:

                    NOKES & QUINN

                    /s/ Thomas P. Quinn, Jr.
                    THOMAS P. QUINN, JR. (Bar No. 132268)
                    NOKES & QUINN
                    410 Broadway, Suite 200
                    Laguna Beach, CA 92651
                    Tel: (949) 376-3500
                    Fax: (949) 376-3070
                    Email: tquinn@nokesquinn.com
                    Attorney for Defendant Equifax Inc.

                    /s/ Elliot W. Gale
                    ELLIOT W. GALE (Bar No. 263326)
                    SAGARIA LAW, P.C.
                    3017 Douglas Blvd, Suite 200
                    Roseville, CA 95661
                    Tel: (408) 279-2288
                    Fax: (408) 279-2299
                    Email: egale@sagarialaw.com
                    Attorney for Plaintiff

**<u>Signature Attestation</u>**

I obtained the authorization of Elliot W. Gale to affix his signature to this stipulation and submit this stipulation on his behalf.

July 9, 2018                /s/ Thomas P. Quinn, Jr.
                             THOMAS P. QUINN, JR.

**ORDER**

Pursuant to stipulation, Defendant Equifax Inc. is granted a further extension to respond to Plaintiff's complaint until 30 days from the date that Plaintiff files her first amended complaint up to and including August 6, 2018.

**IT IS SO ORDERED.**

DATED: July 9, 2018.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500